## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:23-cv-00805-MRH |
| | ) |
| ALLEGHENY CLINIC and | ) |
| ALLEGHENY HEALTH NETWORK, | ) *Electronically Filed* |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Brianna L. Schmid, of the law firm of Buchanan Ingersoll & Rooney PC hereby enters her appearance on behalf of the Defendants Allegheny Clinic and Allegheny Health Network in the above matter.

Dated: August 25, 2023              Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Brianna L. Schmid*
Brianna L. Schmid (PA 331858)
brianna.schmid@bipc.com
Jaime S. Tuite *(PA 87566)*
jaime.tuite@bipc.com
Nicholas J. Bell *(PA 307782)*
nicholas.bell@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-1410
Phone:    (412) 562-8800
Facsimile:  (412) 562-1041

*Attorneys for Defendants Allegheny Clinic and Allegheny Health Network*